UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**D1 JAMES FRAZEE,**

    Defendant.

_____/

NO. 10-mj-30040

HON.

FILED
FEB 0 3 2010
CLERK'S OFFICE
DETROIT

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), the United States of America hereby petitions the court for a writ of habeas corpus ad prosequendum for defendant, **JAMES FRAZEE**, and states:

1. Defendant is charged in this case with **Production and Possession of Child Pornography**, Title **18**, §§2252(a)(1)(a) and 2252A(5)(B).

2. Defendant is currently incarcerated at a Michigan Department of Corrections Facility (**Monroe County Jail**), in connection with a different case.

3. Defendant's **Initial Appearance** has been scheduled for **Thursday, February 11, 2010 at 1:00 p.m.** before the Duty Magistrate Judge in duty court (Room 114), Theodore Levin U.S. Courthouse, Detroit, Michigan. A writ of habeas corpus ad prosequendum is necessary to secure defendant's presence at that proceeding.

WHEREFORE, the government requests this Court order the issuance of a writ of habeas corpus ad prosequendum directing the Warden, Sheriff or Jailor at the Michigan Department of Corrections (**Monroe County Jail**), the United States Marshals Service, and any other interested federal law enforcement officer to produce **JAMES FRAZEE** before the judicial officer and at the place and time stated above.

Respectfully submitted,

BARBARA L. McQUADE
United States Attorney

JEANINE M. JONES
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3211
(313) 226-**9597**

Date: February 3, 2010

LET THE WRIT ISSUE:

HON. MONA K. MAJZOUB
United States MAGISTRATE Judge

Dated: 2/3/10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

**JAMES FRAZEE,**

        Defendant.
_____/

NO. **10-mj-30040**

HON.

FILED FEB 0 3 2010 CLERK'S OFFICE DETROIT

## **WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:    Warden, Sheriff or Jailor at the Michigan Department of Corrections (**Monroe County Jail** or any other Michigan State Corrections Facility), the United States Marshals Service, and any other interested federal law enforcement officer.

Pursuant to the foregoing petition and order, you are directed to produce defendant **JAMES FRAZEE** before the Duty Magistrate Judge in duty court (Room 114), Theodore Levin U.S. Courthouse, Detroit, Michigan on **Thursday, February 11, 2010 at 1:00 p.m.** for **Initial Appearance on Complaint**; and you are also directed to return **JAMES FRAZEE** to the facility in which **HE** is currently incarcerated when **HIS** presence before this Court is no longer required.

                                              DAVID J. WEAVER
                                              *Clerk*

2/3/10        By: _____
                              *Deputy Clerk*
                              (Seal)